**JUDGE JONES**

# 08 CV 1533 CLOSED

## U.S. District Court
### Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00230-WDS-CJP
### Internal Use Only

| | |
|---|---|
| Gary Friedrich Enterprises, LLC. et al v. Marvel Enterprises, Inc. et al | Date Filed: 03/30/2007 |
| Assigned to: Judge William D. Stiehl | Date Terminated: 09/26/2007 |
| Referred to: Magistrate Judge Clifford J. Proud | Jury Demand: Plaintiff |
| Cause: 28:1338 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Gary Friedrich Enterprises, LLC.**　　　　　　represented by **Charles S. Kramer**
*An Illinois Limited Liability Company*　　　　　　Riezman Berger, P.C.
　　　　　　Generally Admitted
　　　　　　7700 Bonhomme Avenue
　　　　　　7th Floor
　　　　　　St. Louis, MO 63105
　　　　　　314-727-0101
　　　　　　Fax: 314-727-6458
　　　　　　Email: ckramer@riezmanberger.com
　　　　　　*LEAD ATTORNEY*
　　　　　　*ATTORNEY TO BE NOTICED*



U.S. DISTRICT COURT FILED FEB 14 2008

**Daniel N. Bloom**
Riezman & Blitz
St. Louis County
7700 Bonhomme
7th Floor
Clayton, MO 63105
314-727-0101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Gary Friedrich Enterprises, LLC et al v. Marvel Enterprises, Inc. et al　　　　　　　　　　　Doc. 1

**Nelson L. Mitten**
Riezman Berger, P.C.
Generally Admitted
7700 Bonhomme Avenue
7th Floor
St. Louis, MO 63105
314-727-0101
Email: mitten@riezmanberger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dawn K. O'Leary**
Roth, Evans et al.
Generally Admitted
2421 Corporate Centre Drive
Suite 101
Granite City, IL 62040
618-931-5000
Email: dkoleary@rothlaw.com

**Eric W. Evans**

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY [signature]
Deputy Clerk
DATE 2/6/08

Roth & Evans
2421 Corporate Centre Drive
Suite 200
Granite City, IL 62040
618-931-5000
Email: EWEvans@rothlaw.com
*ATTORNEY TO BE NOTICED*

**J. Thomas Long**
Roth, Evans et al.
Generally Admitted
2421 Corporate Centre Drive
Suite 101
Granite City, IL 62040
618-466-1500
Fax: 618-467-1501
Email: mrtomlong@aol.eom
*ATTORNEY TO BE NOTICED*

**Joseph D. Schneider**
Riezman Berger, P.C.
Generally Admitted
7700 Bonhomme Avenue
7th Floor
St. Louis, MO 63105
314-727-0101
Fax: 314-727-6458
Email: sehneider@riezmanberger.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Friedrich**  represented by  **Charles S. Kramer**
*an individual*  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Daniel N. Bloom**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Nelson L. Mitten**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Dawn K. O'Leary**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Eric W. Evans**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **J. Thomas Long**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Joseph D. Schneider**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marvel Enterprises, Inc.**
*a Delaware Corporation*

represented by **Steven T. Catlett**
Paul Hastings et al.,
Generally Admitted
191 North Waeker Drive
30th Floor
Chicago, IL 60606
312-499-6000
Email: steveneatlett@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marvel Entertainment, Inc.**
*a Delaware Corporation*

represented by **Alastair Wood**
Paul Hastings et al., - New York - 2
75 East 55th Street
New York, NY 10022
212-318-6000
Fax: 212-230-7716
Email: alastairwood@paulhastings.com
*LEAD ATTORNEY*

**David Fleischer**
Paul Hastings et al., - New York - 2
75 East 55th Street
New York, NY 10022
212-318-6000
Fax: 212-230-7637
Email: davidfleischer@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi A. Kleinick**
Paul Hastings et al., - New York - 2
75 East 55th Street
New York, NY 10022
212-318-6000
Fax: 212-230-7691
Email: jodikleinick@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marvel Studios, Inc.**
*a Delaware Corporation*

represented by **Alastair Wood**
(See above for address)
*LEAD ATTORNEY*

**David Fleischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi A. Kleinick**
(See above for address)

        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven T. Catlett**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Marvel Characters, Inc.**  represented by **Alastair Wood**
*a Delaware Corporation*	        (See above for address)
        *LEAD ATTORNEY*

        **David Fleischer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jodi A. Kleinick**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven T. Catlett**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Hasbro, Inc.**  represented by **Alastair Wood**
*a Rhode Island Corporation*	        (See above for address)
        *LEAD ATTORNEY*

        **David Fleischer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jodi A. Kleinick**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven T. Catlett**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Take-Two Interactive**  represented by **Alastair Wood**
*a Delaware Corporation*	        (See above for address)
        *LEAD ATTORNEY*

        **David Fleischer**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jodi A. Kleinick**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Tri-Star Motion Picture Gronp**
*a Joint Venture*

represented by **Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Pictures Industries, Inc.**
*a Delaware Corporation*

represented by **Alastair Wood**
(See above for address)
*LEAD ATTORNEY*

**David Fleischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi A. Kleinick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crystal Sky Pictures**
*a California Corporation*

represented by **Alastair Wood**
(See above for address)
*LEAD ATTORNEY*

**David Fleischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi A. Kleinick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Relativity Media LLC.**
*a California Corporation*

represented by **Alastair Wood**
(See above for address)
*LEAD ATTORNEY*

**David Fleischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi A. Kleinick**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael De Luca Productions, Inc.**
*a California Corporation*

represented by **Alastair Wood**
(See above for address)
*LEAD ATTORNEY*

**David Fleischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi A. Kleinick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sony Pictures Entertainment, Inc.**
*a Delaware Corporation*

represented by **Alastair Wood**
(See above for address)
*LEAD ATTORNEY*

**David Fleischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi A. Kleinick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven T. Catlett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sony Corporation of America**
*a New York Corporation*
*TERMINATED: 06/07/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 117855. Documents may now be electronically filed. Case number 07-230-WDS must be placed on all documents prior to filing them electronically. (Attachments: # 1 notice to consent to trial by Magistrate Judge)(dkd ) (Entered: 03/30/2007) |
| 03/30/2007 | 2 | AO 120-Report on the filing or determination of an action regarding an appeal or copyright. (dkd ) (Entered: 04/02/2007) |

| | | |
|---|---|---|
| 04/04/2007 | 3 | COMPLAINT *with jury trial demanded* against all defendants (Filing fee $ 350.), filed by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Attachments: # 1 Complaint Part 2# 2 Civil Cover Sheet # 3 Exhibit Exhibit 1 (Pages 1-2)# 4 Exhibit 1 (Pages 3-4)# 5 Exhibit 1 (Pages 5-6)# 6 Exhibit 1 (Pages 7-8)# 7 Exhibit 1 (Pages 9-10)# 8 Exhibit 1 (Page 11)# 9 Exhibit 1 (Page 12)# 10 Exhibit 1 (Pages 13-14)# 11 Exhibit 1 (Pages 15-16)# 12 Exhibit 1 (Pages 17-18)# 13 Exhibit 1 (Pages 19-20)# 14 Exhibit 1 (Pages 21-22)# 15 Exhibit 1 (Pages 23-24)# 16 Exhibit 1 (Pages 25-26)# 17 Exhibit 1 (Pages 27-28)# 18 Exhibit 1 (Pages 29-30)# 19 Exhibit 1 (Pages 31-32)# 20 Exhibit 1 (Pages 33-34)# 21 Exhibit 1 (Pages 35-36)# 22 Exhibit Exhibit 2)(Mitten, Nelson) (Entered: 04/04/2007) |
| 04/09/2007 | 4 | Corporate Disclosure Statement by Gary Friedrich Enterprises, LLC.. (Mitten, Nelson) (Entered: 04/09/2007) |
| 05/10/2007 | 5 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Columbia Pictures Industries, Inc. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 6 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Crystal Sky Pictures waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 7 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Michael De Luca Productions, Inc. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 8 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Hasbro, Inc. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 9 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Marvel Characters, Inc. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 10 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Marvel Entertainment, Inc. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 11 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Marvel Studios, Inc. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 12 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Relativity Media LLC. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 13 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Sony Corporation of America waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 14 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Sony Pictures Entertainment, Inc. waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/10/2007 | 15 | WAIVER OF SERVICE Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Take-Two Interactive waiver sent on 4/6/2007, answer due 6/5/2007. (Mitten, Nelson) (Entered: 05/10/2007) |
| 05/11/2007 | 16 | NOTICE of Appearance by J. Thomas Long on behalf of Gary Friedrich Enterprises, LLC., Gary Friedrich (Long, J.) (Entered: 05/11/2007) |
| 05/11/2007 | 17 | NOTICE of Appearance by Eric W. Evans on behalf of Gary Friedrich Enterprises, LLC., Gary Friedrich (Evans, Eric) (Entered: 05/11/2007) |
| 06/01/2007 | 18 | MOTION for Leave to File Excess Pages by Hasbro, Inc., Take-Two Interactive, Columbia Tri-Star Motion Picture Group, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 06/01/2007) |

| | | |
|---|---|---|
| 06/04/2007 | 🔾 | Spoke with the receptionist at Jones Day in reference to the undeliverable e-mails for Attorney Steven Catlett and was informed he is no longer with Jones Day. Receptionist advised Atty. Catlett is now with the Paul Hasings firm and "he may have taken the case with him," but was she was not sure. (jmp) (Entered: 06/04/2007) |
| 06/04/2007 | 🔾 | (Court only) ***Motions No Longer Referred: 18 MOTION for Leave to File Excess Pages (skp) (Entered: 06/04/2007) |
| 06/04/2007 | 🔾19 | ORDER GRANTING 18 MOTION for Leave to File Excess Pages filed by Columbia Tri-Star Motion Picture Group, Take-Two Interactive, Columbia Pictures Industries, Inc., Relativity Media LLC., Marvel Entertainment, Inc., Marvel Characters, Inc., Hasbro, Inc., Michael De Luca Productions, Inc., Crystal Sky Pictures, Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Studios, Inc. Signed by Judge William D. Stiehl on 6/4/07. (skp) (Entered: 06/04/2007) |
| 06/06/2007 | 🔾20 | DOCKET ENTRY STRICKEN - NOTICE by Gary Friedrich Enterprises, LLC., Gary Friedrich *Of Limited Dismissal of Claims against Sony Corp of America Without Prejudice, ONLY* (Kramer, Charles) (Entered: 06/06/2007) |
| 06/07/2007 | 🔾 | (Court only) *** Party Sony Corporation of America terminated per 20 . (skp) (Entered: 06/07/2007) |
| 06/08/2007 | 🔾21 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Crystal Sky Pictures. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾22 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Hasbro, Inc. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾23 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Marvel Enterprises, Inc., Marvel Entertainment, Inc.. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾24 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾25 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Michael De Luca Productions, Inc.. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾26 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Relativity Media LLC.. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾27 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Columbia Tri-Star Motion Picture Group, Columbia Pictures Industries, Ine., Sony Pictures Entertainment, Inc.. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾28 | DOCKET ENTRY STRICKEN - Corporate Disclosure Statement by Take-Two Interactive. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾29 | MOTION to Dismiss for Lack of Jurisdiction by Relativity Media LLC..Responses due by 7/11/2007 (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾30 | MEMORANDUM in Support re 29 MOTION to Dismiss for Lack of Jurisdiction filed by Relativity Media LLC.. (Attachments: # 1 Affidavit of Aaron Miehiel in Support of Motion to Dismiss# 2 Affidavit of Service)(Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾31 | MOTION to Dismiss *and alternatively*, MOTION to Transfer Case by Hasbro, Inc., Take-Two Interactive, Columbia Tri-Star Motion Picture Group, Columbia Pictures Industries, Ine., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc..Responses due by 7/11/2007 (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 🔾32 | MEMORANDUM in Support re 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case filed by Hasbro, Inc., Take-Two Interactive, Columbia Tri-Star Motion Picture Group, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Attachments: # 1 Affidavit of Alastair Wood, Esq. in Support of Defendants' Motion# 2 Exhibit A to Wood Decl (part 1)# 3 Exhibit A to Wood Decl (part 2)# 4 Exhibit B to Wood Decl.# 5 Exhibit C to Wood Decl. (part 1)# 6 Exhibit C to Wood Decl. (part 2)# 7 Exhibit C to Wood Decl. (part 3)# 8 Affidavit of |

| Date | # | Description |
|---|---|---|
| | | Service)(Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 33 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 20 Notice (Other) filed by Gary Friedrich and Gary Friedrich Enterprises, LLC. See attached document for specifics. (jmp) (Entered: 06/08/2007) |
| 06/08/2007 | 34 | DOCKET ENTRY STRICKEN - AFFIDAVIT re 26 Corporate Disclosure Statement, 28 Corporate Disclosure Statement, 21 Corporate Disclosure Statement, 25 Corporate Disclosure Statement, 27 Corporate Disclosure Statement, 23 Corporate Disclosure Statement, 24 Corporate Disclosure Statement, 22 Corporate Disclosure Statement *(Certificate of Service)* by Hasbro, Inc., Take-Two Interactive, Columbia Tri-Star Motion Picture Group, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 06/08/2007) |
| 06/08/2007 | 35 | NOTICE of Appearance by Steven T. Catlett on behalf of all defendants (Catlett, Steven) (Entered: 06/08/2007) |
| 06/11/2007 | 36 | DOCKET ENTRY STRICKEN - NOTICE by Gary Friedrich Enterprises, LLC., Gary Friedrich re 33 Notice Striking Electronically Filed Documents, 20 Notice (Other) *OF PRIOR APPEARANCE AS CO-COUNSEL FOR PLAINTIFFS ETC.* (Kramer, Charles) (Entered: 06/11/2007) |
| 06/12/2007 | 37 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 26 Corporate Disclosure Statement filed by Relativity Media LLC., 28 Corporate Disclosure Statement filed by Take-Two Interactive, 21 Corporate Disclosure Statement filed by Crystal Sky Pictures, 25 Corporate Disclosure Statement filed by Michael De Luca Productions, Inc., 27 Corporate Disclosure Statement filed by Sony Pictures Entertainment, Inc., Columbia Tri-Star Motion Picture Group, Columbia Pictures Industries, Inc., 23 Corporate Disclosure Statement filed by Marvel Enterprises, Inc., Marvel Entertainment, Inc., 34 Affidavit,, filed by Columbia Tri-Star Motion Picture Group, Take-Two Interactive, Columbia Pictures Industries, Inc., Relativity Media LLC., Marvel Entertainment, Inc., Marvel Characters, Inc., Hasbro, Inc., Michael De Luca Productions, Inc., Crystal Sky Pictures, Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Studios, Inc., 24 Corporate Disclosure Statement filed by Marvel Characters, Inc., Marvel Studios, Inc., 22 Corporate Disclosure Statement filed by Hasbro, Inc.. See attached document for specifics. (jmp) (Entered: 06/12/2007) |
| 06/12/2007 | 38 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 32 Memorandum in Support of Motion,,, filed by Columbia Tri-Star Motion Picture Group, Take-Two Interactive, Columbia Pictures Industries, Inc., Relativity Media LLC., Marvel Entertainment, Inc., Marvel Characters, Inc., Hasbro, Inc., Michael De Luca Productions, Inc., Crystal Sky Pictures, Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Studios, Inc., 30 Memorandum in Support of Motion filed by Relativity Media LLC.. See attached document for specifics. (jmp, ) (Entered: 06/12/2007) |
| 06/12/2007 | 39 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 36 Notice (Other) filed by Gary Friedrich and Gary Friedrich Enterprises, LLC. See attached document for specifics. (jmp) (Entered: 06/12/2007) |
| 06/14/2007 | 40 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Alastair Wood for Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc., Hasbro, Inc., Take-Two Interactive Software, Inc., Columbia Pictures Industries, Inc., Crystal Sky LLC, Relativity Media LLC, Michael De Luca Productions, Inc. and Sony Pictures Entertainment, Inc. $100.00 fee paid,receipt number 300 119201 (tkm) (Entered: 06/14/2007) |
| 06/14/2007 | 41 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney David Fleischer for Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc., Hasbro, Inc., Take-Two Interactive Software, Inc., Columbia Pictures Industries, Inc., Crystal Sky LLC, Relativity Media LLC, Michael De Luca Productions, Inc. and Sony Pictures Entertainment, Inc. $100.00 fee paid,receipt number 300 119200 (tkm) (Entered: 06/14/2007) |
| 06/14/2007 | 42 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Jodi A. Kleinick for Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc., Hasbro, Inc., Take-Two Interactive Software, Inc., Columbia Pictures Industries, Inc., Crystal Sky LLC, Relativity Media LLC, Michael De Luca Productions, Inc. and Sony Pictures Entertainment, Inc. $100.00 fee paid,receipt number 300 119199 (tkm ) (Entered: 06/14/2007) |
| 06/19/2007 | 43 | Corporate Disclosure Statement by Hasbro, Inc.. (Catlett, Steven) (Entered: 06/19/2007) |

| Date | Doc # | Description |
|---|---|---|
| 06/19/2007 | 44 | Corporate Disclosure Statement by Michael De Luca Productions, Inc.. (Catlett, Steven) (Entered: 06/19/2007) |
| 06/19/2007 | 45 | Corporate Disclosure Statement by Crystal Sky Pictures. (Catlett, Steven) (Entered: 06/19/2007) |
| 06/19/2007 | 46 | Corporate Disclosure Statement by Take-Two Interactive. (Catlett, Steven) (Entered: 06/19/2007) |
| 06/19/2007 | 47 | Corporate Disclosure Statement by Relativity Media LLC.. (Catlett, Steven) (Entered: 06/19/2007) |
| 06/19/2007 | 48 | Corporate Disclosure Statement by Columbia Tri-Star Motion Picture Group, Columbia Pictures Industries, Inc., Sony Pictures Entertainment, Inc.. (Catlett, Steven) (Entered: 06/19/2007) |
| 06/19/2007 | 49 | Corporate Disclosure Statement by Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 06/19/2007) |
| 06/19/2007 | 50 | Corporate Disclosure Statement by Marvel Enterprises, Inc., Marvel Entertainment, Inc.. (Catlett, Steven) (Entered: 06/19/2007) |
| 06/20/2007 | 51 | NOTICE of Appearance by Joseph D. Schneider on behalf of all plaintiffs (Schneider, Joseph) (Entered: 06/20/2007) |
| 06/25/2007 | 52 | NOTICE of Appearance by Charles S. Kramer on behalf of all plaintiffs (Kramer, Charles) (Entered: 06/25/2007) |
| 06/25/2007 | 53 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Daniel N. Bloom for Gary Friedrich Enterprises, LLC. and Gary Friedrich. $100.00 fee paid,receipt number 300 119475 (tkm ) (Entered: 06/25/2007) |
| 06/29/2007 | 54 | Summons Issued as to Columbia Tri-Star Motion Picture Group. (jmp) (Entered: 06/29/2007) |
| 07/02/2007 | 55 | CONSENT/NON-CONSENT TO U.S. MAGISTRATE JUDGE - sealed pending receipt from all parties. (jmp) (Entered: 07/06/2007) |
| 07/10/2007 | 56 | MOTION for Extension of Time to File Response/Reply as to 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Kramer, Charles) (Entered: 07/10/2007) |
| 07/11/2007 |  | (Court only) ***Motions No Longer Referred: 56 MOTION for Extension of Time to File Response/Reply as to 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case (skp) (Entered: 07/11/2007) |
| 07/11/2007 | 57 | MEMORANDUM in Opposition re 29 MOTION to Dismiss for Lack of Jurisdiction filed by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Attachments: # 1 Affidavit of Sean OLeary# 2 Exhibit 1 to Affidavit# 3 Exhibit 2 to Affidavit# 4 Exhibit Exh 3 to OLeary Aff)(Kramer, Charles) (Entered: 07/11/2007) |
| 07/12/2007 | 58 | ORDER granting 56 Motion for Extension of Time to File Response/Reply re 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case. Responses due by 7/23/2007. Signed by Judge William D. Stiehl on 7/12/07. (skp) (Entered: 07/12/2007) |
| 07/20/2007 | 59 | MOTION for Leave to File Excess Pages by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Kramer, Charles) (Entered: 07/20/2007) |
| 07/20/2007 |  | (Court only) ***Motions No Longer Referred: 59 MOTION for Leave to File Excess Pages (skp) (Entered: 07/20/2007) |
| 07/23/2007 | 60 | ORDER GRANTING 59 MOTION for Leave to File Excess Pages filed by Gary Friedrich, Gary Friedrich Enterprises, LLC. Set Deadlines as to 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case. Responses due by 7/25/2007. Signed by Judge William D. Stiehl on 7/23/07. (skp) (Entered: 07/23/2007) |
| 07/24/2007 | 61 | REPLY to Response to Motion re 29 MOTION to Dismiss for Lack of Jurisdiction filed by Relativity Media LLC.. (Catlett, Steven) (Entered: 07/24/2007) |
| 07/25/2007 | 62 | MEMORANDUM in Opposition re 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case filed by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Attachments: # 1 Affidavit of Charles Kramer# 2 Affidavit of Gary Friedrich# 3 Affidavit of Sean O'Leary# 4 Exhibit #1 to Affidavit of Sean O'Leary# 5 Exhibit #2 to Affidavit of Sean O'Leary# 6 Exhibit #3 to Affidavit of Sean O'Leary)(Kramer, Charles) (Entered: 07/25/2007) |

| | | |
|---|---|---|
| 07/30/2007 | ●63 | MOTION for Hearing *Requesting Oral Argument* by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Long, J.) (Entered: 07/30/2007) |
| 07/31/2007 | ● | (Court only) ***Motions No Longer Referred: 63 MOTION for Hearing *Requesting Oral Argument* (skp, ) (Entered: 07/31/2007) |
| 08/02/2007 | ●64 | MOTION for Extension of Time to File Response/Reply as to 62 Memorandum in Opposition to Motion, by Hasbro, Inc., Take-Two Interactive, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 08/02/2007) |
| 08/03/2007 | ●65 | SUMMONS Returned Executed by Gary Friedrich Enterprises, LLC., Gary Friedrich. Columbia Tri-Star Motion Picture Group served on 7/18/2007, answer due 8/7/2007. (Kramer, Charles) (Entered: 08/03/2007) |
| 08/06/2007 | ●66 | ORDER GRANTING 64 MOTION for Extension of Time to File Response/Reply as to 62 Memorandum in Opposition to Motion, filed by Take-Two Interactive, Columbia Pictures Industries, Inc., Relativity Media LLC., Marvel Entertainment, Inc., Marvel Characters, Inc., Hasbro, Inc., Michael De Luca Productions, Inc., Crystal Sky Pictures, Sony Pictures Entertainment, Inc., Marvel Studios, Inc. Responses due by 8/14/2007 Signed by Judge William D. Stiehl on 8/6/07. (skp) (Entered: 08/06/2007) |
| 08/06/2007 | ● | Set/Reset Deadlines as to 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case. Reply due by 8/14/2007. (dmw) (Entered: 08/06/2007) |
| 08/10/2007 | ●67 | MOTION for Leave to File Excess Pages by Hasbro, Inc., Take-Two Interactive, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 08/10/2007) |
| 08/13/2007 | ●68 | ORDER granting 67 Motion for Leave to File Excess Page. Signed by Judge William D. Stiehl on 8/13/07. (skp) (Entered: 08/13/2007) |
| 08/14/2007 | ●69 | MOTION for Hearing *for Oral Argument* by Hasbro, Inc., Take-Two Interactive, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 08/14/2007) |
| 08/14/2007 | ●70 | REPLY to Response to Motion re 31 MOTION to Dismiss *and alternatively* MOTION to Transfer Case filed by Hasbro, Inc., Take-Two Interactive, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Attachments: # 1 Affidavit Declaration of Alastair Wood)(Catlett, Steven) (Entered: 08/14/2007) |
| 08/23/2007 | ●71 | NOTICE of Appearance by Dawn K. O'Leary on behalf of Gary Friedrich Enterprises, LLC., Gary Friedrich (O'Leary, Dawn) (Entered: 08/23/2007) |
| 08/23/2007 | ●72 | MOTION to Strike *the Affidavit of Alastair Wood* by Gary Friedrich Enterprises, LLC., Gary Friedrich. (O'Leary, Dawn) (Entered: 08/23/2007) |
| 08/23/2007 | ●73 | MEMORANDUM in Support re 72 MOTION to Strike *the Affidavit of Alastair Wood* filed by Gary Friedrich Enterprises, LLC., Gary Friedrich. (O'Leary, Dawn) (Entered: 08/23/2007) |
| 08/24/2007 | ● | (Court only) ***Motions No Longer Referred: 69 MOTION for Hearing *for Oral Argument* , 72 MOTION to Strike *the Affidavit of Alastair Wood* (skp) (Entered: 08/24/2007) |
| 09/07/2007 | ●74 | NOTICE of Voluntary Dismissal without prejudice of Counts XII and XIII only, by Gary Friedrich Enterprises, LLC., Gary Friedrich (Kramer, Charles) (Entered: 09/07/2007) |
| 09/10/2007 | ●75 | RESPONSE in Opposition re 72 MOTION to Strike *the Affidavit of Alastair Wood* filed by Hasbro, Inc., Take-Two Interactive, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Attachments: # 1 Affidavit Supplemental Declaration of Wood)(Catlett, Steven) (Entered: 09/10/2007) |

| | | |
|---|---|---|
| 09/20/2007 | 76 | REPLY to Response to Motion re 72 MOTION to Strike *the Affidavit of Alastair Wood* filed by Gary Friedrich Enterprises, LLC., Gary Friedrich. (O'Leary, Dawn) (Entered: 09/20/2007) |
| 09/26/2007 | 77 | ORDER DENYING 72 MOTION to Strike *the Affidavit of Alastair Wood* filed by Gary Friedrich, Gary Friedrich Enterprises, LLC. Signed by Judge William D. Stiehl on 9/26/07. (skp) (Entered: 09/26/2007) |
| 09/26/2007 | 78 | ORDER DENYING 63 MOTION for Hearing *Requesting Oral Argument* filed by Gary Friedrich, Gary Friedrich Enterprises, LLC., and DENYING 69 MOTION for Hearing *for Oral Argument* filed by Take-Two Interactive, Columbia Pictures Industries, Inc., Relativity Media LLC., Marvel Entertainment, Inc., Marvel Characters, Inc., Hasbro, Inc., Michael De Luca Productions, Inc., Crystal Sky Pictures, Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Studios, Inc. Signed by Judge William D. Stiehl on 9/26/07. (skp) (Entered: 09/26/2007) |
| 09/26/2007 | 79 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Southern District of New York., DENYING 29 MOTION to Dismiss for Lack of Jurisdiction filed by Relativity Media LLC., DENYING 31 MOTION to Dismiss filed by Columbia Tri-Star Motion Picture Group, Take-Two Interactive, Columbia Pictures Industries, Inc., Relativity Media LLC., Marvel Entertainment, Inc., Marvel Characters, Inc., Hasbro, Inc., Michael De Luca Productions, Inc., Crystal Sky Pictures, Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Studios, Inc. Signed by Judge William D. Stiehl on 9/26/07. (skp, ) (Entered: 09/26/2007) |
| 09/26/2007 | 80 | Remark - 74 Plaintiff's Voluntary Dismissal of Counts XII and XIII has not been ruled on by this Court. (skp) (Entered: 09/26/2007) |
| 09/27/2007 | 81 | Emergency MOTION Court to retain file. by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Long, J.) (Entered: 09/27/2007) |
| 09/28/2007 | 82 | ORDER GRANTING 81 Emergency MOTION Court to retain file filed by Gary Friedrich, Gary Friedrich Enterprises, LLC. Signed by Judge William D. Stiehl on 9/28/07. (skp) (Entered: 09/28/2007) |
| 09/28/2007 | 83 | MOTION for Reconsideration re 79 Order Transferring Case to Other District, Terminate Motions,,,, by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Long, J.) (Entered: 09/28/2007) |
| 09/28/2007 | 84 | MEMORANDUM in Support re 83 MOTION for Reconsideration re 79 Order Transferring Case to Other District, Terminate Motions,,,, filed by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Long, J.) (Entered: 09/28/2007) |
| 10/10/2007 | 85 | MOTION for Hearing *Requesting Oral Argument* by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Long, J.) (Entered: 10/10/2007) |
| 10/18/2007 | 86 | MEMORANDUM in Opposition re 83 MOTION for Reconsideration re 79 Order Transferring Case to Other District, Terminate Motions,,,, filed by Hasbro, Inc., Take-Two Interactive, Columbia Pictures Industries, Inc., Crystal Sky Pictures, Relativity Media LLC., Michael De Luca Productions, Inc., Sony Pictures Entertainment, Inc., Marvel Enterprises, Inc., Marvel Entertainment, Inc., Marvel Studios, Inc., Marvel Characters, Inc.. (Catlett, Steven) (Entered: 10/18/2007) |
| 10/25/2007 | 87 | MEMORANDUM in Support re 83 MOTION for Reconsideration re 79 Order Transferring Case to Other District, Terminate Motions,,,, */Reply Memorandum in Further Support of its Motion for Reconsideration* filed by Gary Friedrich Enterprises, LLC., Gary Friedrich. (Long, J.) (Entered: 10/25/2007) |
| 01/30/2008 | 88 | ORDER denying 83 Motion for Reconsideration; denying 85 Motion for Hearing. Signed by Judge William D. Stiehl on 01/30/08. (jkb) (Entered: 01/30/2008) |
| 02/06/2008 | 89 | Letter to SD/NY advising of transfer order. (jmp) (Entered: 02/06/2008) |