UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

GARY FRIEDRICH ENTERPRISES, LLC, *et. al.*,

                            Plaintiffs,

    - against -

MARVEL ENTERPRISES, INC., *et. al.*,

                            Defendants.

----------------------------------------x

08 CV 1533 (BSJ)
[PROPOSED] ORDER

      WHEREAS, Paul, Hastings, Janofsky and Walker LLP has moved that Alastair Wood be withdrawn as counsel to defendants, Marvel Entertainment, Inc. Marvel Studios, Inc., Marvel Characters, Inc., Hasbro, Inc., Take-Two Interactive Software, Inc., Columbia Pictures Industries, Inc. Crystal Sky LLC, Relativity Media, LLC, Michael De Luca Productions, Inc., Sony Pictures Entertainment Inc. as he is no longer associated with the Paul, Hastings, Janofsky and Walker LLP.

IT IS HEREBY ORDERED that the Motion is GRANTED

Dated: New York, New York
       March 7 2008

                                      _Barbara S. Jones_
                                      U. S. D. J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GARY FRIEDRICH ENTERPRISES, LLC, *et. al.*,

                Plaintiffs,

                              08 CV 1533

  - against -

MARVEL ENTERPRISES, INC., *et. al.*,

                Defendants.

------------------------------------x

## DECLARATION OF ALASTAIR WOOD

ALASTAIR WOOD, pursuant to 28 U.S.C. § 1746, declares:

1. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying proposed order to withdraw in the above-captioned action.

2. I am no longer associated with Paul, Hastings, Janofsky and Walker LLP.

3. I am now associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

4. Accordingly, I seek to withdraw as counsel to defendants, Marvel Entertainment, Inc. Marvel Studios, Inc., Marvel Characters, Inc., Hasbro, Inc., Take-Two Interactive Software, Inc., Columbia Pictures Industries, Inc. Crystal Sky LLC, Relativity Media, LLC, Michael De Luca Productions, Inc., Sony Pictures Entertainment Inc. and to be removed from the Electronic Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2008.

_____
Alastair Wood

2