UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
GARY FRIEDRICH ENTERPRISES, LLC, ET AL.,

                  Plaintiffs,

        -against-

MARVEL ENTERPRISES, ET AL.,

                  Defendants.
-----------------------------------------------------------

SCANNED

08-CV-01533 (BSJ)(JCF)

**NOTICE OF MOTION TO**
**ADMIT COUNSEL PRO HAC VICE**

MAY 0 6 2008

PLEASE TAKE NOTICE that upon the attached affirmation of Leonard F. Lesser, Esq., as well as the attached affidavits and Certificates of Good Standing of Eric W. Evans, Charles S. Kramer, Dawn K. O'Leary, and Joseph D. Schneider, plaintiffs Gary Friedrich Enterprises, LLC ("GFE") and Gary Friedrich ("Friedrich," collectively "Plaintiffs"), shall move this Court on May 28, 2008, or any such other date and time set by the Court, for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, allowing the admission *pro hac vice* of attorneys Evans, Kramer, O'Leary and Schneider in this case.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering papers, if any, shall be served within ten (10) business days after service of this Notice of Motion along with the supporting papers, and reply papers, if any, shall

Applications granted.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
5/8/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

1

ORIGINAL

be served within five (5) business days after service of the answering papers, if any, unless otherwise stipulated by the parties and endorsed by the Court.

Dated: New York, New York
       May 5, 2008

SIMON·LESSER PC

By: _____
Leonard F. Lesser, Esq.
420 Lexington Avenue
New York, New York 10170
T: 212.599.5455
F: 212.599-5459

ROTH, EVANS & LADING
Thomas Long, Esq.
Eric Evans, Esq.
Dawn O'Leary, Esq.
2421 Corporate Centre Drive
Suite 200
Granite City, IL 62040
T: 618.931.5000
F: 618.931.6474

RIEZMAN BERGER, P.C.
Charles S. Kramer, Esq.
Joseph D. Schneider, Esq.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
T: 314.727.0101
F: 314.727.6458

Attorneys for plaintiffs Gary Friedrich Enterprises, LLC and Gary Friedrich