UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GARY FRIEDRICH ENTERPRISES, LLC,** An Illinois Limited Liability Company, and **GARY FRIEDRICH**, an individual, PLAINTIFFS, vs. **MARVEL ENTERPRISES, INC.,** et al DEFENDANTS | Cause No. 08-CV-01533 (BSJ)(JEH) |

## NOTICE OF DISMISSAL

Comes now Plaintiffs. Gary Friedrich and Gary Friedrich Enterprises, and voluntarily dismisses Sega Corporation, pursuant to Rule 41(a)(1)(A)( i).

Respectfully submitted,
By: /s/ Eric Evans

RIEZMAN BERGER, P.C.
Charles S. Kramer, Esq.
Joseph D. Schneider, Esq.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
T: 314.727.0101
F: 314.727.6458

ROTH EVANS, P.C.
Eric Evans, Esq.
Dawn Kamadulski O'Leary, Esq.
2421 Corporate Centre Drive
Suite 200
Granite City, IL 62040
T: 618.931.5000
F: 618.931.6474

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/11

SIMON LESSER PC
Leonard F. Lesser, Esq.
420 Lexington Avenue
New York, New York 10170
T: 212.599.5455
F: 212.599.5459

Attorneys for Plaintiffs Gary Friedrich
Enterprises, LLC and Gary Friedrich

_____
U.S.D.J.
9-14-11