UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GARY FRIEDRICH ENTERPRISES, LLC,
et al.,

                                     08-CV-01533 (BSJ)(JCF)

          Plaintiffs,

vs.

MARVEL ENTERPRISES, INC., et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION TO RECONSIDER

COMES NOW, Plaintiffs, Gary Friedrich Enterprises, LLC and Gary Friedrich, by their undersigned attorneys and respectfully move the Court to reconsider its Order dismissing Count V of Plaintiff's Complaint and Plaintiff's Amended Complaint. In support thereof, Plaintiffs state:

1. Count V of the Complaint sounded as a claim for accounting.

2. Count V of the Amended Complaint sounds as a claim for accounting.

3. On May 3, 2010, the Court dismissed Count V of the Complaint, along with Plaintiffs' state law claims, on the basis that they are preempted by the Copyright Act.

4. The Court dismissed Count V on the basis that it was a state law claim which has been preempted by the Copyright Act.

5. When Plaintiffs later filed their Amended Complaint, they included a claim for accounting as Count V.

1

6. On March 28, 2011, Defendants answered the Amended Complaint, but did not respond to Count V on the basis that it was previously dismissed.

7. Plaintiffs respectfully request that the Court reconsider its dismissal of Count V and reinstate it.

8. Count V of the Amended Complaint alleges that Plaintiffs and the Marvel defendants are co-owners of the copyright to Spotlight #5.

9. Count V further alleges that Plaintiffs are entitled to an accounting.

10. Accounting is a proper remedy under the Copyright Act for disputes over joint works.

11. Thus, Count V sounds under the Copyright Act and should not have been dismissed with Plaintiffs' state law claims.

WHEREFORE, Plaintiffs respectfully request that Count V of the Amended Complaint be reinstated and that Defendants be ordered to answer Count V within 30 days of the date of the Court's order. Plaintiffs further request such other relief as the Court deems just and equitable. Respectfully submitted,

By: /s/ Eric Evans

RIEZMAN BERGER, P.C.
Charles S. Kramer, Esq.
Joseph D. Schneider, Esq.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
T: 314.727.0101
F: 314.727.6458

ROTH EVANS, P.C.
Eric Evans, Esq.
Dawn Kamadulski O'Leary, Esq.
2421 Corporate Centre Drive
Suite 200
Granite City, IL 62040
T: 618.931.5000
F: 618.931.6474

SIMON LESSER PC
Leonard F. Lesser, Esq.
420 Lexington Avenue
New York, New York 10170
T: 212.599.5455
F: 212.599.5459

Attorneys for Plaintiffs Gary Friedrich
Enterprises, LLC and Gary Friedrich

## CERTIFICATE OF SERVICE

  I hereby certify that the above pleading was filed electronically with the Clerk of the Court using the CM/ECF system this 17th day of October, 2011, which will send notification to all those entitled to receive such notice.

David Fleischer
Sarah Jacobson
Haynes and Boone LLP
30 Rockefeller Plaza
26th Floor
New York, New York 10112
Attorney for Defendants, Marvel Entertainment LLC,
Marvel Studios, LLC, Marvel Characters, Inc., Marvel
Characters B.V., Marvel Worldwide, Inc., Marvel International
Character Holdings, LLC, MVL International C.V., Hasbro, Inc.,
Take-Two Interactive Software, Inc., Columbia Pictures Industries, Inc.,
Crystal Sky LLC, Relativity Media LLC, Michael De Luca Productions, Inc., and
Sony Pictures Entertainment, Inc.

Jodi A. Kleinick
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
Attorney for Defendants, Marvel Entertainment LLC,
Marvel Studios, LLC, Marvel Characters, Inc., Marvel
Characters B.V., Marvel Worldwide, Inc., Marvel International
Character Holdings, LLC, MVL International C.V., Hasbro, Inc.,
Take-Two Interactive Software, Inc., Columbia Pictures Industries, Inc.,
Crystal Sky LLC, Relativity Media LLC, Michael De Luca Productions, Inc., and
Sony Pictures Entertainment, Inc.

Charles F. Gfeller
Seiger Gfeller Laurie LLP
Blue Back Square
65 Memorial Road, Suite 340
West Hartford, CT 06107
Attorney for Defendant, RC2 Corporation

William L. Hurlock
Seiger Gfeller Laurie LLP
330 Madison Avenue, Sixth Floor
New York, New York 10017
Attorney for Defendant, RC2 Corporation

John J. Hay
Salans LLP
Rockefeller Center
620 Fifth Avenue
New York, NY 10020
Attorney for Defendant, Toy Island Manufacturing Company, Ltd.

James W. Quinn
Randi W. Singer
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorney for Defendant, The Walt Disney Company

/s/ Eric Evans

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following persons by enclosing same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage prepaid and by depositing said envelope in a U.S. Post Office Mail box in Granite City, Illinois on this 18th day of October, 2011.

A&A Global Industries, Inc.
Mr. Eugene Lipman, Vice President of Finance
17 Stenersen Lane
Cockeysville, MD 21030

Douglas R. Peterson
Attorneys for ABDO Publishing Company, Inc.
Leonard, Street and Deinard
Professional Association
The Graif Building
3 Civic Center Plaza, Suite 400
P.O. Box 967
Mankato, MN 56002

Activision Blizzard, Inc.
Raven Software
Mary A. Tuck
3100 Ocean Park Blvd.
Santa Monica, CA 90405

Adorable Kids, Inc.
Donna Cohen
5290 Thimens
Ville St. Laurent, Quebec H4R 1R2
Canada

Artimonde Trading, Inc.
Larby Berrada
486 Sainte Catherine West
Montreal, QC H3B 1A6
Canada

Becker&mayer! LLC
Mr. Michael J. Oprins
11120 NE 33rd Pl
Bellevue, WA 98004

Berkshire Fashions, Inc.
Isaac B. Dweck
420 5 Ave.
28 Fl.
New York City, NY 10018

Mr. Morris J. Kassin, Esq.
Attorney for Best Brands Consumer Products, Inc.
150 Broadway, Room 1007
New York, New York 10038

Bowen Designs, Inc.
Randy Bowen
5831 SE International Way
Milwaukie, OR 97222

Brown Shoe Services Corporation
Emily Schultz
8300 Maryland Ave.
St. Louis, MO 63105

C&D Visioniary
Mr. David Silverman
4881 Lankershim Blvd.
North Hollywood, California 91601

Clicks Worldwide, LLC
Steve Russo
15 W. 34th St.
New York, New York 10001

Comic Images
Mr. Alan Gordon
85 Chestnut Ridge Road
Montvale, New Jersey 07645

Corbis
Claire L. Keeley
710 Second Ave., Ste. 200
Seattle, WA 98104

Courage Brands, Inc.

Mark Siegel
6049 Slauson Avenue
Commerce, California 90040

Loralene White
Attorney in Fact for CSS Industries, Inc.
1845 Walnut St., Suite 800
Philadelphia, PA 19103

Diamond Select Toys & Collectibles, LLC
Mr. Charles Parker
1966 Greenspring Drive
Timonium, Maryland 21093

Dorling Kindersley, Ltd.
Helena Peacock
80 Strand
London WC2R 0RL
England

Fantasy Flight Games
Mr. Christian Petersen
1975 W. County Road B2
Roseville, Minnesota 55113

Mr. J. Thomas Warlick, IV
General Counsel for Motorsports Authentics, Inc.
successor-in-interest to Funline Merchandise Company, Inc.
6301 Performance Drive
Concord, North Carolina 28027

Hands-On Mobile Americas, Inc.
Judy Wade
140 Geary St.
Suite 500
San Francisco, CA 94108

Mr. Martin R. Glick
Attorneys for Hewlett-Packard Company
3 Embarcadero Center, 7th Floor
San Francisco, CA 94111

Mr. Marc P. Clements

In-House Counsel for Jarden Corporation, the parent corporation of K2 Inc.
P.O. Box 2931
Wichita, KS 67201

John Hay
Attorney for KHQ Investment LLC
and LF USA Inc.
Salans LLP
620 Fifth Avenue
New York, New York 10020

Laura Coombe
Attorney for Koto, Inc.
Holland & Knight
400 South Hope Street
8th Floor
Los Angeles, CA 90071

Laser Mach
Matt Ligot
19450 144th Avenue NE #7-H
Woodinville, Washington 98072

Leap Year Publishing
Mr. Ronald Gold, member
21 High Street, Ste. 201
North Andover, Massachusetts 01845

Maisto International, Inc.
Mr. Charlie Liu, General Manager
7751 Cherry Avenue
Fontana, California 92336

Mashon Inc. f/k/a Planetwide Games, Inc.
Philippe Benoliel
11150 W. Olympic Blvd, Suite 830
Los Angeles, CA 90064

Matt Solmon
Attorney for Mattel, Inc./Mattel Overseas, Inc./Mattel Asia Pacific Sourcing Limited/Mattel Europa, B.V.
333 Continental Boulevard
El Segundo, CA 90245-5012

Meredith Corporation

Brian L. Wirt
1716 Locust
Des Moines, Iowa 50309

MGA Entertainment, Inc.
Mr. Damian Martinez, Esq.
16380 Roscoe Blvd., Suite 102
Van Nuys, California 91406

Mighty Fine, Inc.
Mr. Jeffrey Kapor
Buchalter Nemer
1000 Wilshire Blvd., #1500
Los Angeles, California 90017

Mob Town
Mark L. Thomas, President
852 W. Belmont
Chicago, IL 60657

NMTC d/b/a Matco Tools, Inc.
Mr. Thomas M. Hill
4403 Allen Road
Stow, Ohio 44224

Mr. Paul Strange
General Counsel for NR2B Research, Inc.
475 Concar Drive
San Mateo, CA 94402

Kelly Schmitt
General Counsel for Screenlife, LLC
315 5th Ave. South
Seattle, WA 98104

Spencer Reed Accessories, Ltd.
Rob Shiff
10 W. 33rd St., #1010
New York City, New York 1001

TM International
Debbie Coopwood
3761 E. Technical Dr.
Tucson, AZ 85713

Toy Things
Peter Lewis
Rm 401, Tower 2, Silvercord
30 Canton Road, TST, Kowloon, Hong Kong

Trends International, LLC
Mr. Steven T. Townley, VP of Finance & Operations
5188 West 74th Street
Indianapolis, Indiana 46268

Anthony White
Counsel for Ultimate Licensing Group, LLC
41 S. High St., Suite 1700
Columbus, OH 43215

Jeffrey S. Stein
Associate Counsel for Union Underwear Company, Inc.
d/b/a Fruit of the Loom
One Fruit of the Loom Drive
Bowling Green, KY 42103

Universal City Studios LLC and
Universal Studios Company LLC
f/k/a MCA, Inc.
David L. Burg
100 Universal City Plaza
Building 1280-6
Universal City, CA 91608

Universal Designs, Ltd.
Rimma Pea
34 Riel Dr.
Richmond Hill, ON L4E4W4
Canada

Christine McInerney
Attorney for United States Nutrition, Inc.
2100 Smithtown Ave.
Ronkonkoma, NY 11779

Jonathan M. Wagner
Kramer Levin Naftalis & Frankel LLP
Attorney for Wear Me Apparel LLC and Wear Me Apparel Corp.
1177 Avenue of the Americans
New York, NY 10036-2714

What Kids Want International, Ltd.
and What Kids Want, Inc.
Jordan Kort
19428 Londelius Street
Northridge, California 91324

Wilton Brands, Inc.
and Wilton Industries, Inc.
Mr. Steven Isko
2240 West 75th Street
Woodridge, Illinois 60517

Wiz Kids, LLC
Mioko Tajika
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue, 6th Floor
New York, NY 10177

Harlan M. Lazarus
Attorney for Yellowman, LLC
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, New York 10016

York Walcoverings, Inc.
Mr. Stanley Thomas
750 Linden Avenue
York, Pennsylvania 17404

Zazzle, Inc.
Melanie A. Sherk
1900 Seaport Blvd., 4th Floor
Redwood City, CA 94063

/s/ Eric Evans