# EXHIBIT 3

**AARONSON & AARONSON**
ATTORNEYS AT LAW
16133 VENTURA BOULEVARD, SUITE 675
ENCINO, CALIFORNIA 91436
(818) 783-3858 • FAX (818) 783-3825

IN REPLY REFER TO

FILE NO.

April 6, 2004

Jared Jussim, Esq.
Sony Pictures
10202 Washington Blvd
Culver City, CA 90232

Re: "Ghost Rider"

Dear Mr. Jussim:

I represent Gary Friedrich, the creator of the character "Ghost Rider".

My client is informed that Sony Pictures intends to release a film based on the character and has asked me to intercede to determine his legal rights related to the use of the character.

Please call me to discuss this matter at your earliest convenience.

Very truly yours,

ARTHUR AARONSON

AA/sb

cc: Gary Friedrich

Friedrich 000026
Subject to Protective Order

FRIEDRICH-000026