# EXHIBIT 4



APR-14-04 WED 01:33 PM   Legal                              FAX:917 472 2246              PAGE 2

**MARVEL ENTERPRISES, INC.**

ELI BARD
SENIOR LITIGATION ATTORNEY

April 14, 2004

BY FAX (818) 783-3825

Arthur Aaronson, Esq.
Aaronson & Aaronson
16133 Ventura Boulevard, Suite 675
Encino, California 91436

Re:   Gary Friedrich/Ghost Rider

Dear Mr. Aaronson:

Your letter dated April 6, 2004 to Jared Jussim at Sony Pictures concerning Ghost Rider and Mr. Friedrich has been referred to me for response.

Marvel's position is that Ghost Rider was created as a work for hire under the copyright laws and that Marvel is the owner of all right, title and interest in the copyright and trademark. We are unaware of any agreement with Mr. Friedrich that would give him any interest in the character or its merchandising. If you are in possession of such an agreement or have information you believe to be to the contrary, please let me know.

Very truly yours,

Eli Bard

cc:   John Turitzin, Esq.

10 EAST 40TH STREET
NEW YORK, NEW YORK 10016

TEL: 212/576-8501
FAX: 212/576-8506
E-MAIL: ebard@marvel.com

Friedrich 000028
Subject to Protective Order

FRIEDRICH-000028