**From:** Roy & Dann Thomas <roydann@ntinet.com>
**Sent:** Monday, February 22, 2010 4:16 PM
**To:** Tim Boal <lightningcomics@gmail.com>
**Subject:** Gary Friedrich

Hi Tim--

Just occurred to me that Gary Friedrich might make a good guest for your store. An old friend of mine from Missouri, he write for Charlton for a couple of years in 1966-67, then for Marvel for a number of years, through much of the 70s, on such titles as SGT. FURY, DAREDEVIL, CAPTAIN AMERICA, THE INCREDIBLE HULK, NOT BRAND ECHH, and several others... and was most noted for being the major creator of GHOST RIDER. If you want to reach him, he's at fgroovygary@aol.com

Roy

EXHIBIT 35

THOM0000213