# RiezmanBerger
Attorneys & Counselors at Law

| | | |
|---|---|---|
| Richard M. Riezman | Robert D. Jacobs | Richard J. Schnidman |
| Frederick J. Berger | Richard N. Tishler | Kathryn A. Klein |
| M. Jill Wehmer | Randall D. Grady | Julie K. Graham |
| Mark J. Temkin | Marilyn J. Washburn | Christine M. Mace |
| Suzanne M. Besnia | Robert G. Oesch | Joseph D. Schneider |
| Charles S. Kramer | David J. Klarich | Crystal L. Williams |
| Nelson L. Mitten | R. Emmett McAuliffe | Michelle V. Stallings |

7700 Bonhomme Avenue, Seventh Floor
St. Louis, Missouri 63105
Telephone 314.727.0101
Fax 314.727.6458
www.riezmanberger.com

October 14, 2011

Via Fax: 212-805-6191

Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
Courtroom 17C
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/11

RE: Gary Friedrich Enterprises, et al. v. Marvel Enterprises, Inc, et al
Case No. 08 Civ. 1533 (BSJ) (JCF)
Request for Page Extension for Summary Judgment (by consent)

Judge Jones,

Pursuant to the Scheduling Order in this matter, dispositive motions are currently due October 15, 2011. Since that is a Saturday, the parties believe that Federal Rules on timing extend the deadline to Monday, October 17, 2011, but in the interest of certainty, have agreed amongst themselves to the October 17th deadline in any event.

Pursuant to Local Rules, Plaintiffs understand that the page limitation for a memorandum in support of a motion for summary judgment is 25 pages. Plaintiff's motion will be both an affirmative motion for relief on their Amended Complaint and a defensive motion for judgment against Counterclaimant Marvel Characters on its Counterclaim. Due to the significant overlap of issues, Plaintiffs intend to submit one motion and memorandum for both purposes. As a result, Plaintiffs have attempted to use as few pages as necessary, but due to the combined nature of the motion are unable to fit within the 25 page limit. Plaintiffs thus request an additional ten (10) page extension for a total of 35 pages. I have spoken with counsel for Marvel who consent to this request, with the condition being that if needed Defendants also have an additional ten page extension to the page limit for their opposition brief.

Should the Court have any questions or issues, please do not hesitate to contact me.

Application granted.

SO ORDERED
Dated: /s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.
10/17/11

{00332161-1 24435-002}