UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY FRIEDRICH ENTERPRISES, LLC, ET AL.,

                Plaintiffs,

-against-

MARVEL ENTERPRISES, ET AL.,

                Defendants.

08-CV-01533 (BSJ)(JEH)

**DECLARATION OF GARY FRIEDRICH IN SUPPORT OF PLAINTIFFS' REPLY TO ADDITIONAL STATEMENT OF MATERIAL FACTS SUBMITTED BY DEFENDANTS IN RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

### DECLARATION OF GARY FRIEDRICH IN SUPPORT OF PLAINTIFFS' REPLY TO ADDITIONAL STATEMENT OF MATERIAL FACTS SUBMITTED BY DEFENDANTS IN RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Gary Friedrich, hereby declare under penalty of perjury as follows:

1. I am over twenty-one, and know the matters set forth herein of my own personal knowledge.

2. I wrote three issues of the "Daredevil" comic book, which had cover dates of August 1970, November 1970, and August 1971, respectively, and which are pictured and described in Exhibit A attached to this declaration.

3. To my knowledge and recollection those are the only issues of Daredevil that I wrote or plotted and to my knowledge I have not been credited with writing or plotting any other issues by any company that has published a "Daredevil" comic book.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2011, in Arnold, Missouri.

                                                                  Gary Friedrich

{00333305- 2 24435-002}                    1



- Stilt-Man

**Other Characters:**

- 

**Locations:**



- 

**Items:**

- 

**Vehicles:**

- 



Daredevil Vol 1 #67

August, 1970

| | |
|---|---|
| Editor-in-Chief | Stan Lee |
| Cover Artists | Marie Severin |

**"Stilt-Man Stalks the Soundstage"** [hide]

| | |
|---|---|
| Writers | Gary Friedrich |
| | Roy Thomas |
| Pencilers | Gene Colan |
| Inkers | Syd Shores |
| Letterers | Artie Simek |
| Editors | Stan Lee |

| Previous Issue | Next Issue |
|---|---|
| Daredevil #66 | Daredevil #68 |

## Synopsis for "Stilt-Man Stalks the Soundstage"

Karen has been offered a role on the new Stunt-Master television series, and has been asked to try and get Daredevil to agree to appear in the pilot episode. When she asks Matt if he'd be interested, he agrees.

While on the set of the show, the Stunt-Master is ambushed in his trailer by Stilt-Man, who uses make-up effects to disguise himself as the Stunt-Master in order to get close enough to Daredevil. The plan works and Stilt-Man pretends to wipe out to draw DD close enough to change into his costume and attack.

Once again, DD makes short work of his foe wrapping him up in the chord of his billy-club and making him fall over. After the battle, DD tells Karen that he has to go back to New York. Karen declines to go with him having found she enjoys her career as an actress. DD then leaves, telling her to make a choice between him or her career, and that he won't be waiting forever.

## Notes

- No special notes.

**Other Characters:**

*

**Locations:**

*

**Items:**

*

**Vehicles:**

*

## Synopsis for "The Tribune"

Far right motion picture star Buck Ralston has made an appearance on Hollywood Boulevard to speak to a crowd about his perceived lack of patriotism in America. After engaging Karen Page in a debate on Patriotism to the level of extremism, Buck Ralston leaves to plot how to get back at the "pinkos" he perceives are ruining American society.

While in New York, DD becomes involved in controlling a riot which has broken out at the New York Hilton between the police and protesters during the Vice President's visit to the city. While back on the west coast, we learn that Ralston is taking the law into his own hands as the costumed judge, jury and executioner known as the Tribune and has his goons round up hippies that he finds treasonous and executes them with his energy blasting gavel.

Tribune has some of his men plant explosives at the Hilton in New York in hopes that hippies will be blamed, hoping it will "wake up" America, however this plan is made complicated with the involvement of Daredevil. While DD fails to stop the bomb from detonating, he prevents it from hurting anyone, even though one of the protesters checking on DD gets arrested.

The young men arrested on a bum wrap (dubbed the "New York Three") regarding the explosion, get the attention of Tribune who plans to go to New York to execute them, while Foggy and Matt prepare to



Daredevil Vol 1 #70

November, 1970

| | |
|---|---|
| Editor-in-Chief | Stan Lee |
| Cover Artists | Marie Severin |
| "The Tribune" | [hide] |
| Writers | Gary Friedrich |
| Pencilers | Gene Colan |
| Inkers | Syd Shores |
| Letterers | Sam Rosen |
| Editors | Stan Lee |
| Previous Issue | Next Issue |
| Daredevil #69 | Daredevil #71 |

- Karen Page
- Foggy Nelson

**Villains:**

- Man-Bull
- Mr. Klein (Behind the scenes)
- Man-Bull's cronies

**Other Characters:**

- George Alec
- Dia Alec
- Stan Lee
- Joan Lee
- Gardner
- Birdwell

**Locations:**

- New York City
  - Theatre District

**Items:**

-

**Vehicles:**

-



Daredevil Vol 1 #79

August, 1971

| | |
|---|---|
| Editor-in-Chief | Stan Lee |
| Cover Artists | Sal Buscema |
| "The Horn of the Bull" | [hide] |
| Writers | Gary Friedrich |
| Pencilers | Gene Colan |
| Inkers | Tom Palmer |
| Letterers | Sam Rosen |
| Editors | Stan Lee |
| Previous Issue | Next Issue |
| Daredevil #78 | Daredevil #80 |

## Synopsis for "The Horn of the Bull"

Battling the newly powered Man-Bull, Daredevil is forced to retreat from the fight because he is no match for the Man-Bull or his men. Meanwhile, George and Dia Alec are captured by the Man-Bull's goons and taken hostage once more.

Foggy, lamenting over his ordeal in owing payments to the mysterious Mr. Klein is shocked to find that Karen Page is back in New York. Karen is upset because she feels that she has lost Matt Murdock forever, however their conversation is cut short when Mr. Klein calls to harass Foggy once more. After Mr. Klein checks on his creation, the Man-Bull, who at that time now has the Alecs prisoner.