UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
GARY FRIEDRICH ENTERPRISES, LLC,    :
et al.,                             :
                                    :    08 Civ. 1533 (KBF)(JCF)
                    Plaintiffs,     :
                                    :           ORDER
            -v-                     :
                                    :
MARVEL ENTERPRISES, INC., et al.,   :
                                    :
                    Defendants.     :
                                    :
------------------------------------X

KATHERINE B. FORREST, District Judge:

    For the reasons set forth in the Memorandum Opinion & Order
dated December 28, 2011, it is hereby

    ORDERED that the parties shall contact the chambers of
Magistrate Judge Francis no later than January 6, 2012, in order
to schedule settlement discussions under his supervision.

    IT IS FURTHER ORDERED that the parties shall submit a joint
letter to the Court no later than January 6, 2012, addressing
the following subjects:

    1. What, if any, claims and/or counterclaims remain to be
       resolved in the second phase of this litigation, and
       against which parties;

    2. What, if any, discovery must be conducted that had been
       stayed pending the outcome of the first phase of this
       litigation, and by which parties; and

3. If any discovery must be conducted, a proposed schedule

for how the parties plan to proceed with that discovery.

IT IS FURTHER ORDERED that the parties shall appear for a

status conference on January 31, 2012, at 1:00 p.m. in Courtroom

15A, United States Courthouse, 500 Pearl Street, New York, New

York 10007.


SO ORDERED:

Dated:     New York, New York
           December 28, 2011

*Katherine B. Forrest*

————————————————————————————
     KATHERINE B. FORREST
   United States District Judge