USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 1 1 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GARY FRIEDRICH ENTERPRISES, LLC, et al.,

               Plaintiffs,

-v-

MARVEL ENTERPRISES, INC., et al.,

               Defendants.
------------------------------------------------------------X

08 Civ. 1533 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

This case has been remanded to this Court for trial. The parties shall appear for a status conference at **1:00 p.m. on Thursday, June, 27, 2013**, at which a near-in trial date shall be set.

SO ORDERED.

Dated:     New York, New York
              June 11, 2013

                                            KATHERINE B. FORREST
                                            United States District Judge