USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 7 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY FRIEDRICH ENTERPRISES, LLC,
et al.,

                          Plaintiffs,

                  -v-

MARVEL ENTERPRISES, INC., et al.,

                         Defendants.
------------------------------------------------------------X

08 Civ. 1533 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed at the conference on June 27, 2013, it is hereby

ORDERED that the following schedule shall govern the remainder of this case:

1. Defendants shall file any motion concerning whether the ownership issue shall be tried by a jury or by bench not later than **July 3, 2013**.

2. Plaintiffs shall file any opposition not later than **August 1, 2013**.

3. Defendants shall file any reply not later than **August 8, 2013**.

4. Motions in limine may be brought at any time. All motions in limine shall be fully briefed not later than **October 25, 2013**.

5. The parties shall file a joint pretrial order not later than **October 28, 2013**.

6. The parties shall appear for a final pretrial conference on **October 30, 2013 at 1:00 p.m.**

7. A trial in this matter shall commence on **November 4, 2013**.

SO ORDERED.

Dated:   New York, New York
         June 27, 2013

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge