# RiezmanBerger

Attorneys & Counselors at Law

7700 Bonhomme Avenue, Seventh Floor
St. Louis, Missouri 63105
Telephone 314.727.0101
Fax 314.727.6458
www.riezmanberger.com

| | | |
|---|---|---|
| Richard M. Riezman | Richard N. Tishler | Richard J. Schnidman |
| Frederick J. Berger | Randall D. Grady | Christine P. Mace |
| M. Jill Wehmer | Robert G. Oesch | Joseph D. Schneider |
| Mark J. Temkin | David J. Klarich | Crystal L. Williams |
| Suzanne M. Besnia | R. Emmett McAuliffe | Paul A. Grote |
| Charles S. Kramer | Kathryn A. Klein | Jennifer J. Martin |
| Nelson L. Mitten | Julie K. Graham | Jarrad C. Holst |
| Robert D. Jacobs | | |

September 6, 2013

**PLEASE DELIVER TO JUDGE AS SOON AS POSSIBLE
(TIME SENSITIVE REQUEST)**

By Email to ForrestNYSDCHAMBERS@NYSD.USCOURTS.GOV
Hon. Katherine B. Forrest
United States District Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/13

Re:  *Gary Friedrich Enterprises, LLC, et al*
     Cause No.: 08-CV-01533; **TIME SENSITIVE REQUEST**

Dear Judge Forrest:

This letter is to notify you that the Plaintiffs and the Marvel Defendants (including Disney) have amicably agreed to resolve all claims between, among, and against all parties. Because the agreement has not yet been executed, the parties are not yet in a position to dismiss the action. Plaintiffs thus respectfully request that all currently set deadlines, including the date for Plaintiffs' filing of their response to the Defendants' motion to strike our jury demand (which is currently due Monday), be suspended at this time, and a telephonic status conference be set for the near future.

Thank you.

Respectfully submitted,

Charles S Kramer
Plaintiffs' Counsel

Cc: Randi Singer
    Jim Quinn

Ordered:
All deadlines suspended.

K. B. Forrest   9/6/13