USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 1 0 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GARY FRIEDRICH ENTERPRISES, LLC, et al.,

                Plaintiffs,

-v-

MARVEL ENTERPRISES, INC., et al.,

                Defendants.
-----------------------------------------------------------X

08 Civ. 1533 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On September 6, 2013, the parties submitted a letter to the Court representing that they "have amicably agreed to resolve all claims between among, and against all parties." In their letter, the parties requested that a telephonic status conference be scheduled. Pursuant to that request, the Court hereby Orders the parties to appear for a telephonic status conference on **Thursday, September 12, 2013** at **11:00 A.M.**

SO ORDERED.

Dated:     New York, New York
           September 9, 2013

                                            KATHERINE B. FORREST
                                            United States District Judge